IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONE LA. KNOX,

      Plaintiff,                        No. CIV S-06-1545 DFL KJM P

      vs.

NICHOLAS JOLLYMORE, et al.,

      Defendants.                <u>ORDER</u>

                                    /

        Plaintiff has requested an extension of time to file an application to proceed in forma pauperis as directed by the court's order of July 27, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 30, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: October 2, 2006.

                                                        UNITED STATES MAGISTRATE JUDGE

/mp
knox1545.36